1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| KHOI NGUYEN, on behalf of himself, and all others similarly situated, | Case No.: 3:16-cv-02805-DMS-MDD |
|---|---|
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| CREDIT CONTROL, LLC | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |
| Defendant. | |

## ORDER

Having read and considered the Joint Motion filed by Plaintiff Khoi Nguyen and Defendant Credit Control, LLC for an Order dismissing Plaintiff's individual action, and good cause appearing therefor,

The parties' Joint Motion for an Order dismissing Plaintiff Khoi Nguyen's individual claims with prejudice is hereby GRANTED. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: August 14, 2017

Hon. Dana M. Sabraw
United States District Judge

1
*Nguyen v. Credit Control, LLC* No. 16-cv-02805-DMS-MDD
ORDER GRANTING JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CASE